UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of August, two thousand twenty-five.

_____

| | |
|---|---|
| Yan Du, on behalf of themselves and others similarly situated, Elika Shams, on behalf of themselves and others similarly situated, Stephen Azu, on behalf of themselves and others similarly situated, Mengni He, on behalf of themselves and others similarly situated, | **ORDER** <br> Docket No. 25-1867 |
|     Plaintiffs - Appellees, | |
| v. | |
| United States Department of Homeland Security, Kristi Noem, Secretary of the Department of Homeland Security, Todd Lyons, Acting Director of Immigration and Customs Enforcement, | |
|     Defendants - Appellants. | |

_____

    A notice of appeal was filed on July 30, 2025. The Appellant's Acknowledgment and Notice of Appearance Form due August 14, 2025 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

    IT IS HEREBY ORDERED that the appeal will be dismissed effective August 29, 2025 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

    For The Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

