**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: August 26, 2025
Docket #: 25-1867
Short Title: Du v. United States Department of Homeland
Security

DC Docket #: 3:25-cv-644
DC Court: DISTRICT OF
CONNECTICUT (NEW HAVEN)
DC Judge: Trial Judge - Omar
Antonio Williams

### NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8525.