

**United States Department of Justice**

*United States Attorney*
*District of Connecticut*

*Connecticut Financial Center*　　　　　　　　　　*(203) 821-3700*
*157 Church Street, 25th Floor*　　　　　　　　*Fax (203) 773-5376*

*New Haven, Connecticut  06510*　　　　　*www.justice.gov/usao/ct*

September 9, 2025

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

　　　　Re:　　*Du v. United States Department of Homeland Security*,
　　　　　　　Docket No. 25-1867

Dear Ms. Wolfe:

　　　　As counsel for the appellant in this case, I am writing to provide a transcript status update. The appellant has not yet received the requested transcript of the show-cause hearing held before the district court on May 16, 2025. I am available to provide any additional information.

　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　DAVID X. SULLIVAN
　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　/s/
　　　　　　　　　　　　CONOR M. REARDON
　　　　　　　　　　　　ASSISTANT U.S. ATTORNEY